PROB 35
(Rev. 5/01)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.

Crim. No. CR202-00050-001

John David Morgan

On September 10, 2004, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that John David Morgan be discharged from supervised release.

Respectfully submitted,

Philip N. Lyons
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___18th___ day of ___December___, 2006.

Judge, U.S. District Court